UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MARIA ROCCO,

                        Plaintiff,

   *against*                                          Docket #: 1:22-cv-2118

WAKEFERN FOOD CORP.
and NYC SHOPRITE ASSOCIATES, INC.,

                       Defendants.
-------------------------------------------------------------X

## NOTICE OF FILING OF PETITION FOR REMOVAL

     **PLEASE TAKE NOTICE** that defendants, WAKEFERN FOOD CORP. and NYC SHOPRITE ASSOCIATES, INC., have on this date filed a Petition for Removal in the office of the Clerk of the United States District Court for the Eastern District of New York.

Dated: Mineola, New York
       April 13, 2022

                                                By: *Bruce A. Torino*
                                             BRUCE A. TORINO (BT 7772)
                                             TORINO & BERNSTEIN, P.C.
                                             *Attorney for Defendants -*
                                             *WAKEFERN FOOD CORP. i/s/h/a*
                                             *WAKEFERN FOOD CORP, INC.*
                                             *and NYC SHOPRITE ASSOCIATES, INC.*
                                             *i/s/h/a SHOPRITE OF AVENUE I*
                                             200 Old Country Road, Suite 220
                                             Mineola, NY 11501
                                             (516) 747-4301 Fax: (516) 747-5956

## CERTIFICATION

     This is to certify that a copy of the foregoing has been mailed, postage prepaid on this April 13, 2022, to LICATESI LAW GROUP, LLP, 423 RXR Plaza, East Tower, Uniondale, New York 11556.

                                             *Bruce A. Torino*
                                             BRUCE A. TORINO