- E X H I B I T   D -

SUPREME COURT: STATE OF NEW YORK
COUNTY OF KINGS
-----------------------------------------------------------X   Index No.: 500465/2022 E
MARIA ROCCO,

                      Plaintiff,
      -against-   **NOTICE OF REMOVAL**

WAKEFERN FOOD CORP, INC.
and SHOPRITE OF AVENUE I,

                    Defendants.
-----------------------------------------------------------X

    **PLEASE TAKE NOTICE** that defendants, WAKEFERN FOOD CORP. i/s/h/a WAKEFERN FOOD CORP, INC. and NYC SHOPRITE ASSOCIATES, INC. i/s/h/a SHOPRITE OF AVENUE I, have filed a petition to the United States District Court for the Eastern District of New York for removal of this action to that court. A copy of said petition is attached hereto.

    **PLEASE TAKE FURTHER NOTICE** that, pursuant to 28 U.S.C. §1446(e), this Court, "shall proceed no further unless and until this case is remanded."

Dated:  Mineola, New York
          April 13, 2022

                                                                   By: *Bruce A. Torino*
                                              BRUCE A. TORINO (BT 7772)
                                              TORINO & BERNSTEIN, P.C.
                                              Attorney for Defendants -
                                              WAKEFERN FOOD CORP. i/s/h/a
                                              WAKEFERN FOOD CORP, INC. and
                                              NYC SHOPRITE ASSOCIATES, INC.
                                              i/s/h/a SHOPRITE OF AVENUE I
                                              200 Old Country Road, Suite 220
                                              Mineola, NY 11501
                                              (516) 747-4301 Fax: (516) 747-5956

TO:    LICATESI LAW GROUP, LLP
         423 RXR Plaza, East Tower
         Uniondale, NY 11556

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MARIA ROCCO,

                         Plaintiff,

      *against*                                    Docket #: 1:22-cv-2118

WAKEFERN FOOD CORP.
and NYC SHOPRITE ASSOCIATES, INC.,

                        Defendants.
-------------------------------------------------------------X

## NOTICE OF FILING OF PETITION FOR REMOVAL

    **PLEASE TAKE NOTICE** that defendants, WAKEFERN FOOD CORP. and NYC SHOPRITE ASSOCIATES, INC., have on this date filed a Petition for Removal in the office of the Clerk of the United States District Court for the Eastern District of New York.

Dated: Mineola, New York
        April 13, 2022

By: *Bruce A. Torino*

BRUCE A. TORINO (BT 7772)
TORINO & BERNSTEIN, P.C.
*Attorney for Defendants -*
WAKEFERN FOOD CORP. i/s/h/a
WAKEFERN FOOD CORP, INC.
and NYC SHOPRITE ASSOCIATES, INC.
i/s/h/a SHOPRITE OF AVENUE I
200 Old Country Road, Suite 220
Mineola, NY 11501
(516) 747-4301 Fax: (516) 747-5956

## CERTIFICATION

    This is to certify that a copy of the foregoing has been mailed, postage prepaid on this April 13, 2022, to LICATESI LAW GROUP, LLP, 423 RXR Plaza, East Tower, Uniondale, New York 11556.

*Bruce A. Torino*
BRUCE A. TORINO

SUPREME COURT: STATE OF NEW YORK
COUNTY OF KINGS
-------------------------------------------------------------X
MARIA ROCCO,

       Plaintiff,

 against           INDEX NO.: 500465/2022 E

WAKEFERN FOOD CORP, INC.
and SHOPRITE OF AVENUE I,

       Defendants.
-------------------------------------------------------------X

## NOTICE OF REMOVAL

### TORINO & BERNSTEIN, P.C.

*Attorneys for Defendants*
*WAKEFERN FOOD CORP. i/s/h/a WAKEFERN FOOD CORP, INC.*
*and NYC SHOPRITE ASSOCIATES, INC. i/s/h/a SHOPRITE OF AVENUE I*

200 OLD COUNTRY ROAD, SUITE 220
MINEOLA, NEW YORK 11501
<516> 747-4301 Fax: <516> 747-5956

Our File Number: 007745-176718-GB01